# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:07-CR-00057-OWW-1
Cory Brandon Beauford )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Cory Brandon Beauford__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

Effective April 26, 2007, modify the defendant's court appointed third party custodian to be WestCare California, Inc., and that the defendant reside at and participate in WestCare's residential substance abuse treatment program and directed by program staff and Pretrial Services. All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 4/26/07        _____ 04/26/2007
Signature of Defendant    Date          Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                 4/25/07
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 4/25/07
Signature of Defense Counsel            Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __4/26/07__.
☐ The above modification of conditions of release is *not* ordered.

_____                 4/26/07
Signature of Judicial Officer           Date
SNYDER
U.S. Magistrate Judge

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services