# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 09 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

)
United States of America )
vs. ) Case No. 1:07-CR-00057-1 OWW
Cory Brandon Beauford )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,     Cory Brandon Beauford    , have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition pertaining to electronic monitoring in the following manner: Defendant shall participate in the HOME DETENTION component of the home confinement program and abide by all the requirements of the program, which will include electronic monitoring, at the defendant's expense, as directed by the Pretrial Services Officer. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/25/07        _____  6/25/2007
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              6/29/07
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              6/25/07
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  July 9, 2007  .
☐ The above modification of conditions of release is *not* ordered.

_____              7/9/07
Signature of Judicial Officer                     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services