DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CORY BRANDON BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-57 OWW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| CORY BRANDON BEAUFORD, et al., | Date: October 9, 2007 |
| Defendants. | Time: 9:00 a.m.<br>Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 4, 2007, **may be continued to October 9, 2007 at 9:00 a.m.**

The continuance sought is at the requests of counsel to allow for additional discovery: the Government is in the process of (a) copying the hard drive on the seized computer (b) attempting to enhance and/or transcribe the recording of the undercover informant's conversations with defendant; and (c) attempting to obtain paper copies of documents not available by electronic discovery.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

///

///

///

1 and 3161(h) and3161(h)(8)(B)(i) and (iv).

                                                   McGREGOR M. SCOTT
                                                   United States Attorney

DATED: August 27, 2007                    By  /s/ Stanley A. Boone
                                                         STANLEY A. BOONE
                                                          Assistant United States Attorney
                                                         Attorney for Plaintiff

                                                     DANIEL J. BRODERICK
                                                     Federal Defender

DATED: August 27, 2007                    By  /s/ Carrie S. Leonetti
                                                         CARRIE S. LEONETTI
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         CORY BRANDON BEAUFORD

DATED: August 27, 2007                         /s/ Galatea R. DeLapp
                                                          GALAGEA R. DE LAPP
                                                          Attorney for Defendant
                                                          THOMAS - SANCHEZ

**ORDER**

     IT IS SO ORDERED.

**Dated:   August 27, 2007**                **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE