1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CORY BRANDON BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-57 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; AND ORDER THEREON |
| | ) | |
| CORY BRANDON BEAUFORD, et al., | ) | Date: November 19, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for October 9, 2007, **may be continued to November 19, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel, in that defense counsel has received discovery from the Government which needs to be reviewed on a forensic computer and the only one available to defense counsel is in the Sacramento office; also defense counsel is awaiting an audible undercover tape or in the alternative a transcript from the Government.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

///

///

///

1 | and 3161(h) and3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 3, 2007      By  /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 3, 2007      By  /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
CORY BRANDON BEAUFORD

DATED: October 3, 2007      /s/ Galatea R. DeLapp
GALAGEA R. DE LAPP
Attorney for Defendant
THOMAS - SANCHEZ

IT IS SO ORDERED.

**Dated:   October 3, 2007**      **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE