# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

OCT 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs. )<br>Cory Brandon Beauford ) | Case No. 1:07-CR-00057-1 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Cory Brandon Beauford__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition pertaining to electronic monitoring in the following manner: Defendant shall participate in the CURFEW component of the home confinement program and abide by all the requirements of the program, which will include electronic monitoring, at the defendant's expense, as directed by the Pretrial Services Officer. Defendant is restricted to his residence everyday from 9:00 pm to 5:00 am as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10/8/07        _____ 10/23/2007
Signature of Defendant      Date              Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____         10/24/07
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         10/29/07
Signature of Defense Counsel        Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __10/29/07__.
[ ] The above modification of conditions of release is *not* ordered.

_____         10/29/07
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services