UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA




APR 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

# PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

**Cory Brandon Beauford**

**Docket No. 1:07-CR-00057 OWW**

**COMES NOW** Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Cory Brandon Beauford, who was placed on bond by the Honorable Dennis L. Beck, sitting in the Court at Fresno, California, on the 1st day of March 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Manufacturing Counterfeit Obligations and Securities of the United States and Aiding and Abetting

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant's mother, Denise Beauford, reports the defendant is regularly using alcohol to excess. Further, as confirmed by Denise Beauford, the defendant was not present at his approved residence at 10:20 pm on April 14, 2008, in violation of his court-imposed curfew.

**PRAYING THAT THE COURT WILL ORDER** that the Court will order the matter placed on calendar on April 16, 2008, and that the Pretrial Services Officer contact the defendant and attorney of record to advise of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2008.

Respectfully submitted,

Pretrial Services Officer
DATE: April 15, 2008

## ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $__________.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of __________.

X The Court hereby orders this matter placed on this court's calendar on April 16, 2008, at 1:30 am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this 15 day of April, 2008, and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

United States of America
vs.
Cory Brandon Beauford

**Case No.** 1:07-CR-00057-1 OWW

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cory Brandon Beauford, have discussed with Dan Stark, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the condition pertaining to electronic monitoring in the following manner: Defendant shall participate in the CURFEW component of the home confinement program and abide by all the requirements of the program, which will include electronic monitoring, at the defendant's expense, as directed by the Pretrial Services Officer. Defendant is restricted to his residence everyday from 9:00 pm to 5:00 am as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant — Date 10/8/07 — Pretrial Services Officer — Date 10/23/2007

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney — Date 10/24/07

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel — Date 10/29/07

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 10/29/07.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer — Date 10/29/07

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services





**BEAUFORD, Cory**
**07-0057 OWW**

**ADDITIONAL CONDITIONS OF RELEASE**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:

Name of person or organization Virginia Edwards

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: Virginia Beauford
CUSTODIAN OR PROXY

(X) (7) The defendant shall:

- ( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO upon request.
- ( ) (b) maintain or commence an educational program.
- (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by Pretrial Services, and not move or be absent from this residence without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.
- (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Thomas Sanchez, David Diaz Garcia, Elizabeth Beauford, or any persons involved in the use or possession of controlled substances, unless in the presence of counsel or otherwise approved in advance by the PSO.
- (X) (e) report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.
- ( ) (f) comply with the following curfew:
- ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
- (X) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.*
- (X) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
- ( ) (j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
- (X) (k) not have any visitors at his residence, apart from family members, girlfriend with whom he has just had a child, or any other persons approved in advance by the Pretrial Services Officer.
- ( ) (l) execute a bail bond with solvent sureties in the amount of $
- ( ) (m) return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s):
- ( ) (n) surrender any passport to the Clerk, United States District Court.
- ( ) (o) obtain no passport during the pendency of this case.
- (X) (p) report in person to the Pretrial Services Agency on the first working day following your release from custody.
- (X) (q) you shall submit to drug and/or alcohol testing as directed by PSO.
- (X) (r) you shall report any prescriptions to PSO within 48 hours of receipt.
- (X) (s) participate in the **HOME INCARCERATION** component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring, at your own expense, as directed by the Pretrial Services Officer. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)