Apr 07 08 11:46a    Kim                                6616331382         p.2
04/07/2008 22:46 FAX  55948755..    FPD-FRESNO                         ☒002/003

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, #252052
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CORY BRANDON BEAUFORD

7

**FILED**
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )  NO. 1:07-CR-00057 OWW
12 |              Plaintiff,        )  DEFENDANT'S WAIVER OF PERSONAL
                                    )  PRESENCE; [PROPOSED] ORDER
13 |        v.                      )  THEREUPON
                                    )
14 | CORY BRANDON BEAUFORD,         )
                                    )
15 |              Defendant.        )  Judge: Hon. Oliver W. Wanger
                                    )
16 |_____)

17

18    Pursuant to F. R. CRIM. P. 43 (b) (3), I hereby waive my right to be present in person in open court in
19 the above-entitled case for any proceeding involving only a conference or hearing upon a question of law,
20 including, but not limited to, the motions hearing presently scheduled for April 7, 2008 at 10:00 A.M. I am
21 scheduled for surgery on March 28, 2008. I request that the Court proceed during any of my absences,
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence
2  of my attorney, Carrie S. Leonetti, Assistant Federal Defender, as if I were personally present.
3  DATED: March __, 2008

                                                    _____
                                                    CORY BRANDON BEAUFORD
                                                    Defendant

APPROVED: ~~March~~ April 11, 2008

_____
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
CORY BRANDON BEAUFORD

### [PROPOSED] ORDER

The Defendant, Cory Brandon Beauford, is excused from personal appearance at:

1. the motions hearing scheduled for April 7, 2008, and
2. all other hearings in this matter, except for any evidentiary hearing, trial, change of plea, or sentencing.

IT IS SO ORDERED.
Dated: ~~March~~ April 11, 2008

                                                    _____
                                                    OLIVER W. WANGER, Senior Judge
                                                    United States District Court
                                                    Eastern District of California

Defendant's Waiver of Personal Presence            -2-