```
CARRIE LEONETTI, #252052
Rainwater Law Group
1430 Willamette St., Suite 492
Eugene, OR 97401
(541) 344-1785
Attorney for Defendant
CORY BRANDON BEAUFORD
```

**FILED**

JUL 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORY BRANDON BEAUFORD, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:07-CR-00057 OWW <br><br> DEFENDANT'S WAIVER OF PERSONAL PRESENCE; [PROPOSED] ORDER THEREUPON <br><br> Date: July 14, 2008 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

Pursuant to F. R. CRIM. P. 43 (b) (3), I hereby waive my right to be present in open court in the above-captioned case for the trial-confirmation hearing presently scheduled for July 14, 2008 at 9:00 a.m. I request that the Court proceeding during my absence at said hearing pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence of my attorney, Carrie Leonetti, as if I were personally present. Ms. Leonetti will be appearing at said hearing by telephone from Oregon.

DATED: July ____, 2008

_____
CORY BRANDON BEAUFORD
Defendant

//
//
//
//

1 | APPROVED: July 12, 2008

_____
CARRIE LEONETTI
Attorney for Defendant
CORY BRANDON BEAUFORD

# [PROPOSED] ORDER

The Defendant, Cory Brandon Beauford, is excused from personal apperance at the trial confirmation scheduled for July 14, 2008.

IT IS SO ORDERED.

Dated: July 14, 2008

_____
HON. OLIVER W. WANGER
United States District Judge

Waiver of Personal Presence         -2-