Case 1:07-cr-00057-OWW   Document 141   Filed 07/24/08   Page 1 of 1

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. )   Case No. 1:07-CR-00057-1 OWW
Cory Brandon Beauford )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Cory Brandon Beauford___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition pertaining to electronic monitoring. Defendant shall continue to remain in his residence between the hours of 9:00 pm to 5:00 am unless his absence is approved by a Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/25/08      _____  7/23/2008
Signature of Defendant     Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____               7/23/2008
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____               7/23/08
Signature of Defense Counsel            Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  7-23-08
[ ] The above modification of conditions of release is *not* ordered.

_____               7-23-08
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services