CARRIE LEONETTI, #252052
Rainwater Law Group
1430 Willamette St., Ste. 492
Eugene, OR 97401
Telephone: (541) 344-1785
Attorney for Defendant
CORY BRANDON BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-57 OWW |
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE SENTENCING; ORDER THEREUPON |
| v. | ) ) | |
| CORY BRANDON BEAUFORD, | ) | Date: October 14, 2008 |
| *Defendant.* | ) ) | Time: 1:30 p.m. Judge : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter, presently scheduled for October 14, 2008, be continued to **November 3, 2008 at 1:30 p.m.**

The continuance sought is at the request of defense counsel in order to afford the United States Probation Office additional time to complete the draft presentence investigation report, which has been delayed due to issues surrounding the scheduling of Mr. Beauford's presentence interview.

DATED: September 2, 2008         McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Stanley A. Boone
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: September 2, 2008         /s/ Carrie Leonetti
                                 CARRIE LEONETTI
                                 Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   September 2, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE