FILED
NOV - 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   ) | |
| )                                                                    | |
| Plaintiffs,                                              ) | No. 1:07-CR-57 OWW |
| )                                                                    | |
| vs.                                                              ) | ORDER OF RELEASE |
| )                                                                    | |
| COREY BRANDON BEAUFORD                 ) | |
| )                                                                    | |
| Defendant.                                          ) | |
| _____) | |

The above-named defendant having been sentenced to Time Served on 11/7/2008,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: _11/7/2008_____

_____
OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

12/6/06 ordrelease.form

1